We would like 11 copies of the indictment.

We would like a definition on:

"WOULD BE CAUSED to ENGAGE IN A COMMERCIAL SEX ACT"

re: 18 U.S.C section 1591 (a)(1)

— Does this mean a SEXUAL ACT RESULTED +/or WAS PERFORMED OR WOULD / COULD HAPPEN AS A RESULT THE RECRUITMENT, ENTICEMENT, HARBORING, TRANSPORTING, PROVIDING OR OBTAINING...

[signature]
12/19/11

12/20/2011
11:42 AM

Dear Your Honor:

We have a verdict.

Yours Truly,

███████